# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2106 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 57 DB 2015 |
| v. | : | |
| | : | Attorney Registration No.  61972 |
| ZENFORD ANTONIO MITCHELL, | : | |
| Respondent | : | (Allegheny County) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 4th day of June, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated May 13, 2015, the Joint Petition in Support of Discipline on Consent is hereby GRANTED pursuant to Pa.R.D.E. 215(g), and it is

ORDERED that Zenford Antonio Mitchell be suspended on consent from the practice of law in this Commonwealth for a period of one year and one day, that the suspension be stayed in its entirety and that he be placed on probation for a period of two years, subject to the following:

1. Respondent shall remain in compliance with all the conditions which were imposed as part of his criminal probation by the United States District Court for the Western District of Pennsylvania on June 25, 2014, at No. 2:13-cr-104.[1]

---

[1] The parties have recited the probation conditions from the federal court's order and incorporated them as follows:

(continued…)

2.     Two times each year, Respondent shall submit to the Secretary of the Board a Verification stating that he is in compliance with all such conditions.

---

(…continued)

       a.     In addition to "the standard conditions of supervision pursuant to Federal Probation Guidelines", Respondent shall not illegally possess a controlled substance, shall not possess a firearm, ammunition, destructive device or any other dangerous weapon, shall be placed on home detention for a period of eight months and shall remain at his place of residence except for employment or other activities approved in advance by his probation officer;

       b.     Respondent was to pay the cost of any electronic monitoring; shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, shall provide the probation officer with access to any requested financial information, shall cooperate in the collection of DNA as directed by the probation officer, and shall participate in a mental health assessment and/or treatment program specializing in gambling addiction as approved by the probation officer.